

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-25-2010

# Miguel Montanez v. Pat Thompson

Precedential or Non-Precedential: Precedential

Docket No. 05-4430

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Miguel Montanez v. Pat Thompson" (2010). *2010 Decisions.* Paper 1239.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1239

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-4430
_____

MIGUEL MONTANEZ

v.

PAT THOMPSON, RECORD SPECIALIST I, STATE
CORRECTIONAL INSTITUTION AT ALBION;
JOHN DOE, I SUPERVISOR OF INMATE RECORDS,
STATE CORRECTIONAL INSTITUTION AT ALBION;
JOHN DOE, II, SUPERVISOR OF INMATE RECORDS,
STATE CORRECTIONAL INSTITUTION AT
GRATERFORD; SUPERINTENDENT, PHILADELPHIA
PRISON SYSTEM; ROBERT DURISON, DIRECTOR,
CLASSIFICATION, MOVEMENT & REGISTRATION,
PHILADELPHIA PRISON SYSTEM

PAT THOMPSON,

Appellant.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 03-cv-6713)
District Judge: Honorable Juan R. Sanchez

_____

Argued January 26, 2010

Before:   FUENTES, FISHER, *Circuit Judges,* and KANE,[*]
*Chief District Judge.*

(Opinion Filed: April 22, 2010)

_____

Thomas W. Corbett, Jr., Esq.
Claudia M. Tesoro, Esq. (Argued)
John G. Knorr, III, Esq.
Office of Attorney General
21 South 12th Street
Third Floor
Philadelphia, PA 19107

     *Counsel for Appellant*

_____

     [*] Honorable Yvette Kane, Chief Judge of the United States District Court for the Middle District of Pennsylvania, sitting by designation.

2

Miguel Montanez
4245 North Fairhill Street
Philadelphia, PA 19140

*Pro Se Appellee*

Craig R. Gottlieb, Esq.
City of Philadelphia
Law Department
1515 Arch Street
One Parkway
Philadelphia, PA 19102

*Counsel for Appellee Robert Durison* Marianne
Consentino, Esq.
M. Jared Littman, Esq. (Argued)
Harkins Cunningham LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103

*Counsel for Court Amicus on Behalf of Appellee*

---

## ORDER AMENDING OPINION

---

FUENTES, Circuit Judge.


IT IS NOW ORDERED that on page 8, second paragraph, change date from October 6, 2005 to December 14, 2003.



/s/ Julio M. Fuentes

Circuit Judge



DATED: May 25, 2010

4